UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| RYAN WHITE and JESSICA WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>RETSEL CORPORATION, d/b/a GRAND GATEWAY HOTEL and d/b/a CHEERS SPORTS LOUNGE AND CASINO,<br><br>Defendant. | 5:23-CV-05072-KES<br><br>JUDGMENT |

Pursuant to this court's Order Dismissing Case (Docket 61), it is,

ORDERED, ADJUDGED, and DECREED that this matter is dismissed with prejudice, without further notice or hearing, and with each side to bear their own costs and fees.

Dated March 18, 2026.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE